# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TERRY CASH, *as Guardian Ad Litem for Shelly Pak Cash*, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 1:12-CV-0876-RWS |
| v. | ) ) |
| BANK OF AMERICA, | ) ) |
| Defendant. | ) ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Philip W. Lorenz, of the law firm of Melville Johnson, P.C., and requests that this Court enter his appearance as lead counsel for the Plaintiff, Terry Cash, *as Guardian Ad Litem for Shelly Pak Cash*, in connection with the above styled action.

Respectfully submitted this 13th day of November, 2012.

**MELVILLE JOHNSON, P.C.**

  /s/ Philip W. Lorenz
Philip W. Lorenz
Georgia Bar No. 458001

22 Seventh St., N.E.
Atlanta, Georgia 30308
Tel: (404) 724-0000
Fax: (404) 724-0040
plorenz@melvillejohnson.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TERRY CASH, *as Guardian Ad Litem for Shelly Pak Cash*, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. 1:12-CV-0876-RWS |
| v. ) ) | |
| BANK OF AMERICA, ) ) | |
| Defendant. ) ) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Appearance was served electronically using the Court's Case Management Electronic Case Filing ("CM/ECF") system.

Respectfully submitted this 13th day of November, 2012.

**MELVILLE JOHNSON, P.C.**

  /s/ Philip W. Lorenz
Philip W. Lorenz
Georgia Bar No. 458001

22 Seventh St., N.E.
Atlanta, Georgia 30308
Tel: (404) 724-0000
Fax: (404) 724-0040
plorenz@melvillejohnson.com