FILED IN CHAMBERS
U.S.D.C   Atlanta

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

NOV 2 9 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| TERRY CASH, *as Guardian Ad Litem for Shelly Pak Cash*, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 1:12-CV-0876-RWS |
| v. | ) ) | |
| BANK OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

## ORDER

It appearing to the Court that by consent of the Plaintiff and his attorneys, and for good cause shown,

IT IS HEREBY ORDERED that the law firm of Melville Johnson, P.C. and attorneys George M. Johnson, Matthew R. Johnson and Philip W. Lorenz are herby withdrawn as counsel on behalf of Plaintiff Terry Cash.

IT IS HEREBY FURTHER ORDERED that the instant proceeding is stayed until _January 14_, 2013, to provide Plaintiff Terry Cash with sufficient time in which to retain new counsel and for said counsel to enter its appearance.

SO ORDERED this _29th_ day of _Nov._, 2012.

Honorable Richard W. Story
United States District Court
Northern District of Georgia
Atlanta Division


Order prepared by:

  /s/ George M. Johnson
Counsel for Plaintiff

Melville Johnson, P.C.
22 7th Street, NE
Atlanta, GA 30308
Tel:   (404) 724-0000
Fax:   (404) 724-0040
Email: gjohnson@melvillejohnson.com