IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRY CASH, as *Guardian Ad Litem for Shelly Pak Cash*,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>)<br>v.  )<br>)<br>BANK OF AMERICA,  )<br>)<br>Defendant.  ) | CIVIL ACTION NO.<br>1:12-CV-0876-RWS |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Danielle B. Obiorah, of the law firm Employment Rights Law Firm of Danielle Obiorah, P.C., and states she is authorized to practice in this court and requests that this Court enter her appearance as counsel for the Plaintiff, Terry Cash, as *Guardian Ad Litem for Shelly Pak Cash*, in connection with the above styled action.

Respectfully submitted this 8th day of January, 2013.

                                              ___/s/ Danielle Obiorah_____
                                              Danielle B. Obiorah
                                              Georgia Bar No. 055770
                                              P.O. Box 2341
                                              Atlanta, GA 30253
                                              Tel: (404) 994-6218
                                              Fax: (877) 828-8956
                                              dbo@nationalemploymentrights.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| TERRY CASH, as *Guardian Ad Litem for Shelly Pak Cash*, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 1:12-CV-0876-RWS |
| v. | ) ) ) | |
| BANK OF AMERICA, | ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was served using the CM/ECF system, which will serve via e-mail notice of such filing to any of the following counsel registered as CM/ECF users:

Halima Horton, Esq.
McGuire Woods LLP
1230 Peachtree Street, NE
Promenade, IL, Suite 2100
Atlanta, Georgia 30309-3534
hhorton@mcguirewoods.com

Audrey Y. Dupont, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
adupont@maynardcooper.com

Respectfully submitted this 8th day of January, 2013.

   /s/ Danielle Obiorah
Danielle B. Obiorah
Georgia Bar No. 055770
P.O. Box 2341
Atlanta, GA 30253
Tel: (404) 994-6218
Fax: (877) 828-8956
dbo@nationalemploymentrights.com